```
          UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 04 B 07632
    HATTIE L HATCHER
                                               CHAPTER 13

                                               JUDGE: BRUCE W BLACK

          Debtor
    SSN XXX-XX-4278


-----------------------------------------------------------------------------
                       TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 02/27/04 and confirmed on 04/27/04.

    2.  The plan is paid in full.

    3.  The Debtor paid a total of $   5691.00 .

    4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| BANK OF AMERICA NA | CURRENT MORTG | .00 | .00 | .00 |
| BECKET & LEE LLP | UNSECURED | 290.06 | .00 | 66.71 |
| BECKET & LEE LLP | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 1444.56 | .00 | 332.25 |
| BENEFICIAL FINANCE CORPO | UNSECURED | 6190.03 | .00 | 1423.71 |
| BLAIR CORPORATION | UNSECURED | 107.75 | .00 | 24.78 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CREDITORS DISCOUNT & AUD | UNSECURED | NOT FILED | .00 | .00 |
| CENTRAL PROFESSIONAL GRO | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 1247.36 | .00 | 286.89 |
| DIRECT MERCHANTS CREDIT | UNSECURED | 1726.32 | .00 | 397.05 |
| ERNESTO T TAN MD | UNSECURED | NOT FILED | .00 | .00 |
| FINGERHUT CREDIT ADVANTA | UNSECURED | 1071.56 | .00 | 246.46 |
| FIRST CONSUMERS MASTER T | UNSECURED | 1866.07 | .00 | 429.20 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 475.76 | .00 | 109.42 |
| JC PENNEY CO | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| LANE BRYANT | UNSECURED | NOT FILED | .00 | .00 |
| LERNERS | UNSECURED | NOT FILED | .00 | .00 |
| CARD SERVICE CENTER | UNSECURED | 1230.91 | .00 | 283.11 |
| PROVENA ST JOSEPH MEDICA | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 6282.66 | .00 | 1445.01 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1678.78 | .00 | 386.12 |
| SILVER CROSS HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |

Summary of disbursements:

```
                         SECURED    PRIORITY   UNSECURED        OTHER       TOTAL
```
---
```
TOTAL CLMS ALLOWED           .00         .00    23611.82          .00    23611.82
PRINCIPAL PAID               .00         .00     5430.71          .00     5430.71
INTEREST PAID                .00         .00         .00          .00         .00
TOTAL PAID                   .00         .00     5430.71          .00     5430.71
```
The Debtor's attorney, STUART B HANDELMAN            , was allowed $   2200.00
and was paid $   2200.00   direct and $      .00   through the plan.

The Trustee received $     258.39 .

Refunds to the Debtor totaled $      1.90 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 11/15/07                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE